**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.   **CV 08-2984-JFW (SHx)** | Date: July 7, 2008 |

Title:   Joseph Saad *-v-* The Boeing Company

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO APPEAR AT SCHEDULING CONFERENCE

    Defendant's counsel, Daniel Fears is ordered to show cause, in writing, no later than **July 14, 2008**, why sanctions in the amount of $500 should not be imposed against him for failure to appear at the Scheduling Conference on July 7, 2008.

    In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument will be heard unless otherwise ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.

    IT IS SO ORDERED.

    The Clerk shall serve a copy of this Minute Order on all parties to this action.

Initials of Deputy Clerk   sr

(Rev. 2/15/08)