JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SAAD,<br><br>   Plaintiff,<br><br>  v.<br><br>THE BOEING COMPANY, and<br>DOES 1 through 50,<br>inclusive<br><br>   Defendants. | Case No. **CV 08-2984-JFW (SHx)**<br><br>**JUDGMENT** |

  WHEREAS, the Court granted The Boeing Company's motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that The Boeing Company was entitled to judgment as a matter of law on all claims for relief alleged against it,

  WHEREAS, based on the stipulation of the parties, the Court dismissed The Boeing Company's Counterclaim against Joseph Saad without prejudice;

  IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

  1. Joseph Saad shall recover nothing from The Boeing Company;

1    2.   The Boeing Company shall have judgment in its favor
2 on Joseph Saad's entire action; and
3    3.   The Boeing Company shall recover from Joseph Saad its
4 costs of suit in the sum of $_____.
5
6    The Clerk is ordered to enter this Judgment.
7
8
9 Dated: February 13, 2009          _____
10                                      JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28